## Gouldey, Appellant, *v.* Currie.

Argued June 12, 1967. *Philip R. Detwiler,* with him *Huganir, Butera and Detwiler,* for appellant; *Charles A. Kerlavage,* with him *Wright, Spencer, Manning and Sagendorph,* for appellee.

Judgment affirmed.

## Hawkins Unemployment Compensation Case.

Argued June 15, 1967. *Arthur F. Earley,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.